David N. Barry (SBN 219230)
dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Tel:  (310) 684-5859
Fax:  (310) 862-4539
Attorneys for Plaintiff KAMAL SHETH

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Amy Maclear (SBN 215638)
amaclear@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL SHETH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01649-AB-FFM<br><br>**JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

　　　Plaintiff KAMAL SHETH ("Plaintiff"), by counsel, and Defendant FORD MOTOR COMPANY ("Defendant"), by counsel, hereby submit this Joint Stipulation to Dismiss this Case With Prejudice Per the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to the dismissal to bear its own costs and fees.

　　//

　　//

Plaintiff and Defendant mutually waive all demands for each other's costs and fees associated with this matter.

**IT IS SO STIPULATED.**

Dated: March 24 2021         GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Spencer P. Hugret*
Spencer P. Hugret
Amy Maclear
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: March 24, 2021         THE BARRY LAW FIRM

By: */s/ David N. Barry*
Allen-David N. Barry
Attorneys for Plaintiff
KAMAL SHETH

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ Spencer P. Hugret*
Spencer P. Hugret